MARGUERITE BURNS, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent, Impleaded with Another.

(Argued May 23, 1934; decided June 8, 1934.)

*J. Edmond Hewitt, Lloyd Paul Stryker, Harold Shapero* and *Raymond C. Murphy* for appellant.

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Samuel A. Bloom* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.